UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Citibank, N.A. as Trustee,**
       **Plaintiff,**

                                    CIVIL ACTION
                                    NO.05- 40045-FDS
    **V.**

**John P. Phelan,**
       **Defendant,**

## NOTICE OF DEFAULT

  Upon application of the Plaintiff, Citibank, N.A. for an order of default for failure of the Defendant, John Phelan, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 10th day of May 2005.

                                                TONY ANASTAS, CLERK

                                    By:  /s/ Martin Castles
                                           Deputy Clerk

**Notice mailed to: all counsel/parties**
(default.not - 10/96)                                                                     [ntcdflt.]