UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIBANK, N.A, AS TRUSTEE )<br>    )<br>   Plaintiff,    )<br>    )<br>   v.    )<br>    )<br>JOHN P. PHELAN, WENDY M. PHELAN, )<br>THE UNITED STATES OF AMERICA,    )<br>O'CALLIGHAN CONSTRUCTION    )<br>COMPANY AND THE    )<br>COMMONWEALTH OF    )<br>MASSACHUSETTS DEPARTMENT OF )<br>REVENUE    )<br>    )<br>   Defendants, and    )<br>    )<br>DAVID LA BRIE,    )<br>    )<br>Defendant and Cross-claimant    ) | Civil Action No. 4:05-CV-40045-FDS |

**NOTICE OF APPEARANCE OF WILLIAM M. PALMER, ESQ.**

**AS COUNSEL FOR DEFENDANT AND CROSS-CLAIMAINT DAVID LA BRIE**

William M. Palmer, Esq., now appears as counsel for Mr. La Brie in this matter.

Respectfully submitted,

 /S/
_____
William M. Palmer, Esq.
BBO # 563 978
50 Congress Street, Ste 500
Boston, MassachusettS 02109
Tel.: (617) 524-7490
Fax.: (617) 523-5194

ATTORNEY FOR DEFENDANT AND
CROSS-CLAIMAINT DAVID LA BRIE

Date:   May 9, 2005

2

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this document was served by first class mail on this 9th day of May on David M. Rosen, Esq.; Harmon Law Offices, P.C.; 150 California Street; Newton, MA; 02458.

/S/

_____                    _____
WILLIAM M. PALMER                                               DATED