IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40045FDS

| | |
|---|---|
| CITIBANK, N.A. AS TRUSTEE,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| JOHN P. PHELAN, WENDY M. PHELAN,<br>DAVID LaBRIE, THE UNITED STATES OF<br>AMERICA, O'CALLAGHAN CONSTRUCTION<br>COMPANY AND THE COMMONWEALTH OF<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the Defendant, Wendy M. Phelan, in the above-captioned action.

*/s/ John J. Curley, III*
John J. Curley, III
McEVILLY & CURLEY
48 West Street
Leominster, MA 01453
(978)534-3556
BBO #: 109140

## CERTIFICATE OF SERVICE

I, John J. Curley, III, hereby certify that on this twenty-fourth day of May, 2005 I served a copy of my Appearance on the following parties by mailing via first class mail:

John P. Phelan
1 Catacunamaug Rd.
Shirley, MA 01464

David M. Rosen, Esquire
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461

Raymond C. Pelote, Esquire
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461

Lydia Bottome Turanchik, Esquire
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

O'Callaghan Construction Co.
c/o Edwin H. Howard
BONVILLE & HOWARD
154 Prichard Street
Fitchburg, MA 01420

Eileen Ryan McAuliffe, Esquire
Massachusetts D.O.R.
Litigation Bureau
P.O. Box 9565
100 Cambridge Street
Boston, MA 02114

David LaBrie
c/o Peter M. Mirageas
27 Prospect Street
Marlborough, MA 01752

Barbara Healy Smith, Esquire
Asst. United States Attorney
U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02110

William M. Palmer, Esquire
50 Congress Street
Boston, MA 02109

Signed under the pains and penalties of perjury this twenty-fourth day of May 2005.

_____
John J. Curley, III