UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIBANK, N.A, AS TRUSTEE, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:05-CV-40045-FDS |
| ) | |
| JOHN P. PHELAN, WENDY M. PHELAN, ) | |
| THE UNITED STATES OF AMERICA, ) | |
| O'CALLIGHAN CONSTRUCTION ) | |
| COMPANY, AND THE ) | |
| COMMONWEALTH OF ) | |
| MASSACHUSETTS' DEPARTMENT OF ) | |
| REVENUE, ) | |
| ) | |
|    Defendants, and ) | |
| ) | |
| DAVID LA BRIE, ) | |
| ) | |
| Defendant and Cross-claimant ) | |

**DECLARATION OF WILLIAM M. PALMER, ESQ. OF FAILURES OF CROSS-CLAIM DEFENDANTS JOHN D. PHELAN, WENDY M. PHELAN, O'CALLAHAN CONSTRUCTION COMPANY AND THE COMMONWEALTH OF MASSACHUSETTS' DEPARTMENT OF REVENUE TO PLEAD OR OTHERWISE DEFEND AGAINST THE CROSS-CLAIMS OF DAVID LA BRIE**

**AND**

**REQUEST FOR ENTRY OF DEFAULTS BY THE CLERK**

I, William M. Palmer, Esq., counsel for David La Brie, declare under the penalties of perjury of the laws of the United States, as follows: Defendant and cross-claimant David La Brie served and filed his <u>Answer and Cross-Claims</u> on all of the above-named cross-defendants in

February of this year (as further specified in his paper entered as docket no. 12).  None of the specified defendants (those being all of the cross-defendants excluding the United States of America, which was served in May) has pled or otherwise defended against the cross-claims either as provided for by the Massachusetts Rules of Civil Procedure while this matter was before the Superior Court of Massachusetts, or as provided for by the Federal Rules of Civil Procedure while this matter has been under the jurisdiction of this Court.  Therefore, under Fed.R.Civ.P. 55(a), having made the specified defendants' failure to plead or otherwise defend appear by this declaration, defendant and cross-claimant David La Brie respectfully requests that the Clerk enter the defaults of cross-defendants John D. Phelan, Wendy M. Phelan, O'Callighan Construction Company and the Commonwealth of Massachusetts' Department of Revenue with respect to his cross-claims.

Date:   June 9, 2005                                         Respectfully submitted,

/s/ William M. Palmer

―――――――――――――――――
William M. Palmer, Esq.
BBO # 563 978
50 Congress Street, Ste 500
Boston, Massachusetts 02109
Tel.: (617) 524-7490
Fax.: (617) 523-5194

ATTORNEY FOR DEFENDANT AND
CROSS-CLAIMAINT DAVID LA BRIE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of this document was served by first-class mail on this 9th day of June on David M. Rosen, Esq.; Harmon Law Offices, P.C.; 150 California Street; Newton, MA; 02458, and on John J. Curley, Esq.; McEvilly & Curley; 48 West Street; Leominster, MA; 01453, and that a signed declaration was mailed to be filed by the Clerk.

/s/ William M. Palmer                                       June 9, 2005
―――――――――――――――                  ―――――――――――
WILLIAM M. PALMER                                       DATED