UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIBANK, N.A, AS TRUSTEE, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>JOHN P. PHELAN, WENDY M. PHELAN, )<br>THE UNITED STATES OF AMERICA, )<br>O'CALLIGHAN CONSTRUCTION )<br>COMPANY, AND THE )<br>COMMONWEALTH OF )<br>MASSACHUSETTS' DEPARTMENT OF )<br>REVENUE, )<br>)<br>   Defendants, and )<br>)<br>DAVID LA BRIE, )<br>)<br>Defendant and Cross-claimant )  | Civil Action No. 4:05-CV-40045-FDS |

**CERTIFICATE OF SERVICE OF**

<u>**DECLARATION OF WILLIAM M. PALMER, ESQ. OF FAILURES OF CROSS-**</u>

<u>**CLAIM DEFENDANTS JOHN D. PHELAN, WENDY M. PHELAN, O'CALLAHAN**</u>

<u>**CONSTRUCTION COMPANY AND THE COMMONWEALTH OF**</u>

<u>**MASSACHUSETTS' DEPARTMENT OF REVENUE TO PLEAD OR OTHERWISE**</u>

<u>**DEFEND AGAINST THE CROSS-CLAIMS OF DAVID LA BRIE AND REQUEST FOR**</u>

<u>**ENTRY OF DEFAULTS BY THE CLERK**</u>

**UPON JOHN D. PHELAN**

I hereby certify that a true and accurate copy of the above-titled paper (docket no. 16) was served by first-class mail on this 13th day of June on John. D. Phelan; 1 Catacunamaug Road; Shirley, MA; 01464.

| | |
|---|---|
| /S/ William M. Palmer | June 13, 2005 |
| _____ | _____ |
| WILLIAM M. PALMER | DATED |