## CERTIFICATE OF SERVICE

I, Peter M. Mirageas, attorney for defendant, David La Brie, hereby certify that on June 13, 2005, I caused a copy of Defendant, David La Brie's Answer and Cross-Claim to all other Defendants to be served by first class mail, postage prepaid, to the following:

John P. Phelan
One Catacunamaug Road
Shirley, MA 01464

Signed under the pains and penalties of perjury this 13th day of June 2005.

_____
Peter M. Mirageas
BBO No. 544583
27 Prospect Street
Marlborough, MA 01752
(508) 460-9698