UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIBANK, N.A, AS TRUSTEE, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>JOHN P. PHELAN, WENDY M. PHELAN, )<br>THE UNITED STATES OF AMERICA, )<br>O'CALLIGHAN CONSTRUCTION )<br>COMPANY, AND THE )<br>COMMONWEALTH OF )<br>MASSACHUSETTS' DEPARTMENT OF )<br>REVENUE, )<br>)<br>   Defendants, and )<br>)<br>DAVID LA BRIE, )<br>)<br>Defendant and Cross-claimant )  | Civil Action No. 4:05-CV-40045-FDS |

**NOTICE THAT JOHN D. PHELAN NO LONGER RESIDES AT HIS ADDRESS OF RECORD AND THAT THE U.S. POSTAL SERVICE HAS NO FORWARDING ADDRESS FOR HIM AND REQUEST THAT THE CLERK THEREFORE ENTER HIS AND OTHER NON-ANSWERING CROSS-CLAIM DEFENDANTS' DEFAULT AS TO DAVID LA BRIE'S CROSS-CLAIM**

John D. Phelan represents himself *pro se* in this matter. His address of record in this case is 1 Catacunamaug Road; Shirley, MA; 01464. Defendant and cross-claimant David La Brie re-served his cross-claim and answers on Mr. Phelan at this address on June 13, 2005 (dkt. # 20) and further served his request for an entry of default against Mr. Phelan that same day (dkt # 18).

The U.S. Postal Service has returned both envelopes sent to Mr. Phelan with the notation that the mail was undeliverable for the above stated reasons.

In light of these facts, cross-claimant David LaBrie requests that the clerk now enter the requested default against Mr. Phelan and further against the other cross-claim defendants except for the United States with respect to Mr. La Brie's cross-claim against each.

Date:   June 23, 2005

                                              Respectfully submitted,

                                              /s/  William M. Palmer

                                              _____
William M. Palmer, Esq.
BBO # 563 978
50 Congress Street, Ste 500
Boston, Massachusetts 02109
Tel.: (617) 524-7490
Fax.: (617) 523-5194

ATTORNEY FOR DEFENDANT AND
CROSS-CLAIMAINT DAVID LA BRIE

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this document and exhibits A-B to the answer were served by first class mail on this 30th day of May on David M. Rosen, Esq.; Harmon Law Offices, P.C.; 150 California Street; Newton, MA; 02458, and on John J. Curley, Esq.; McEvilly & Curley; 48 West Street; Leominster, MA; 01453.

/s/  William M. Palmer                                         June 23, 2005
_____                        _____
WILLIAM M. PALMER                            DATED