UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Citibank, N.A, as Trustee,**
   **Plaintiff,**

             CIVIL ACTION
             NO. 04- 40045-FDS
  V.

**John P. Phelan, Wendy M. Phelan,**
**David LaBrie, The United States of America,**
**O'Callighan Construction Company, and the**
**Commonwealth of Massachusetts' Department**
**of Revenue,**
   **Defendants,**

**David La Brie,**
   **Cross-Claimant,**

## NOTICE OF DEFAULT

Upon application of the Defendant, Cross-Claimant, David La Brie for an order of default for failure of the Defendants, John P. Phelan, Wendy M. Phelan, O'Callighan Construction Company, and the Commonwealth of Massachusetts' Department of Revenue, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendants have been defaulted this 6th day of July 2005.

             SARAH THORNTON, CLERK

          By:  /s/ Martin Castles
            Deputy Clerk