COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
| | |
|---|---|
| **CITIBANK, N.A. AS TRUSTEE,** ) | **CIVIL ACTION NO.** |
| Plaintiff ) | **4-05-CV-40045-FDS** |
| v. ) | |
| ) | |
| **JOHN P. PHELAN, WENDY M. PHELAN,** ) | |
| **DAVID LA BRIE, THE UNITED STATES OF AMERICA,** ) | |
| **O'CALLAGHAN CONSTRUCTION COMPANY AND** ) | |
| **COMMONWEALTH OF MASSACHUSETTS** ) | |
| **DEPARTMENT OF REVENUE,** ) | |
| Defendants ) | |
_____)

## STIPULATION OF DISMISSAL

    The parties hereby stipulate to the dismissal of the defendant, the Commonwealth of Massachusetts Commissioner of Revenue (the "Department") as to all claims and cross-claims against the Commonwealth. The Commonwealth hereby disclaims any interest in the above-captioned action but maintains the Commonwealth's right to pursue any claims it might have against John P. Phelan, who is not a party to this action.

                  **Respectfully submitted,**

                  **ALAN LEBOVIDGE**
                  **COMMISSIONER OF REVENUE**
                  **By his attorney,**

                  **/s/ Eileen Ryan McAuliffe**
                  Eileen Ryan McAuliffe
                  BBO No. 435260
                  Counsel for the Commissioner
                  Department of Revenue
                  Litigation Bureau
                  P.O. Box 9565
                  100 Cambridge Street
Dated: August 1, 2005    Boston, Massachusetts
195852/ERM              02114-9565

**CITIBANK, N.A. AS TRUSTEE**
**BY IT'S ATTORNEY,**


**/s/ Raymond C. Pelote by ERM**
Attorney Raymond C. Pelote, BBO No. 655475
Attorney David M. Rosen
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389

**WENDY M. PHELAN**
**BY HER ATTORNEY,**

**/s/ John J. Curley, III by ERM**
John J. Curley, III, BBO No. 109140
McEvilly & Curley
48 West Street
Leominister, Massachusetts 01453

**DAVID LABRIE**
**BY HIS ATTORNEY,**


**/s/ William M. Palmer by ERM**
William M. Palmer, BBO No.563978
50 Congress Street
Suite 500
Boston, Massachusetts  02109

195852/ERM

**UNITED STATES OF AMERICA
 BY IT'S ATTORNEY,**


 **/s/ Lydia Bottome Turanchik by ERM_____**
 Lydia Bottome Turanchik,
 U.S. Department of Justice, Tax Division
 P.O. Box 55
 Ben Franklin Station
 Washington, D.C. 20001

 **O'CALLAGHAN CONSTRUCTION
 BY IT'S ATTORNEY,**


 **/s/ Edwin H. Howard by ERM_____**
 Edwin H. Howard, BBO No. 241700
 Bonville & Howard
 154 Prichard Street
 Fitchburg, Massachusetts 01420


195852/ERM

Case 4:05-cv-40045-FDS     Document 26     Filed 08/01/2005     Page 4 of 4