IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIBANK, N.A., AS TRUSTEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN P. PHELAN, WENDY M. PHELAN, ) <br> DAVID LABRIE, THE UNITED STATES ) <br> OF AMERICA, O'CALLAGHAN ) <br> CONSTRUCTION CO., and THE ) <br> COMMONWEALTH OF MASSACHUSETTS ) <br> DEPARTMENT OF REVENUE, ) <br> ) <br> Defendants. ) | Civil No. 05-40045-FDS |

PARTIES' PROPOSED RULE 16 JOINT STATEMENT

Pursuant to Local Rule 16.1, the parties hereby submit the following proposed joint statement:

1. Initial Disclosures: Initial Disclosures required by Fed.R.Civ.Pro. 26(a)(1) will be completed by September 1, 2005.

2. Amendments to Pleadings: The parties propose a deadline of August 31, 2005 to amend the pleadings or assert a new claim or defense.

3. Fact Discovery: The parties request sixty (60) days to pursue fact discovery as the only facts at issue in this proceeding relate to the relative priority of each of the defendants' claims against the surplus proceeds held by plaintiff Citibank. A final discovery deadline would therefore be October 25, 2005.

4. The parties propose that a status conference be held on November 3,

2005, if this matter has not been resolved prior to that date.

5. The parties do not anticipate that expert discovery will be necessary in this case.

6. The parties propose that a dispositive motion deadline be set for November 28, 2005, with oppositions to those motions due on December 12, 2005.

7. The parties propose that a pre-trial conference be held on January 6, 2006.

| PLAINTIFF | DEFENDANT |
|---|---|
| Citibank, N.A.: | United States of America: |
| | /s/ Lydia Bottome Turanchik |
| RAYMOND C. PELOTE, Esq. | LYDIA BOTTOME TURANCHIK, Esq. |
| Harmon Law Offices | Trial Attorney, Tax Division |
| 150 California Street | U.S. Dept. of Justice |
| Post Office Box 610389 | Post Office Box 55, Ben Franklin Station |
| Newton, Massachusetts 02458 | Washington, D.C. 20044 |
| DEFENDANT David LaBrie: | DEFENDANT Wendy Phelan: |
| /s/ William Palmer (by telephone consent) | |
| WILLIAM PALMER, Esq. | JOHN J. CURLEY, Esq. |
| 50 Congress Street | McEvilly & Curley |
| Suite 500 | 48 West Street |
| Boston, Massachusetts 02109 | Leominster, Massachusetts 01453 |

DEFENDANT O'Callaghan Construction:

EDWIN H. HOWARD, Esq.
Bonville & Howard
154 Prichard Street
Fitchburg, Massachusetts 01420

2005, if this matter has not been resolved prior to that date.

5. The parties do not anticipate that expert discovery will be necessary in this case.

6. The parties propose that a dispositive motion deadline be set for November 28, 2005, with oppositions to those motions due on December 12, 2005.

7. The parties propose that a pre-trial conference be held on January 6, 2006.

PLAINTIFF
Citibank, N.A.

_____
RAYMOND C. PELOTE, Esq.
Harmon Law Offices
150 California Street
Post Office Box 610389
Newton, Massachusetts 02458

DEFENDANT David LaBrie:

_____
WILLIAM PALMER, Esq.
50 Congress Street
Suite 500
Boston, Massachusetts 02109

DEFENDANT O'Callaghan Construction:

_____
EDWIN H. HOWARD, Esq.
Bonville & Howard
154 Prichard Street
Fitchburg, Massachusetts 01420

DEFENDANT
United States of America:

_____
LYDIA BOTTOME TURANCHIK, Esq.
Trial Attorney, Tax Division
U.S. Dept. of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C. 20044

DEFENDANT Wendy Phelan:

_____
JOHN J. CURLEY, Esq.
McEvilly & Curley
48 West Street
Leominster, Massachusetts 01453

TOTAL P.03

2005, if this matter has not been resolved prior to that date.

5. The parties do not anticipate that expert discovery will be necessary in this case.

6. The parties propose that a dispositive motion deadline be set for November 28, 2005, with oppositions to those motions due on December 12, 2005.

7. The parties propose that a pre-trial conference be held on January 6, 2006.

| PLAINTIFF<br>Citibank, N.A.: | DEFENDANT<br>United States of America: |
|---|---|
| RAYMOND C. PELOTE, Esq.<br>Harmon Law Offices<br>150 California Street<br>Post Office Box 610389<br>Newton, Massachusetts 02458 | LYDIA BOTTOME TURANCHIK, Esq.<br>Trial Attorney, Tax Division<br>U.S. Dept. of Justice<br>Post Office Box 55, Ben Franklin Station<br>Washington, D.C. 20044 |
| DEFENDANT David LaBrie: | DEFENDANT Wendy Phelan: |
| WILLIAM PALMER, Esq.<br>50 Congress Street<br>Suite 500<br>Boston, Massachusetts 02109 | JOHN J. CURLEY, Esq.<br>McEvilly & Curley<br>48 West Street<br>Leominster, Massachusetts 01453 |

DEFENDANT O'Callaghan Construction:

EDWIN H. HOWARD, Esq.
Bonville & Howard
154 Prichard Street
Fitchburg, Massachusetts 01420