UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIBANK, N.A., AS TRUSTEE, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>JOHN P. PHELAN, WENDY M. PHELAN, )<br>THE UNITED STATES OF AMERICA, )<br>O'CALLIGHAN CONSTRUCTION )<br>COMPANY, AND THE )<br>COMMONWEALTH OF )<br>MASSACHUSETTS' DEPARTMENT OF )<br>REVENUE )<br>)<br>   Defendants, and )<br>)<br>DAVID LA BRIE, )<br>)<br>Defendant and Cross-Claimant )  | Civil Action No. 4:05-CV-40045-FDS |

**Defendant and Cross-Claimant David La Brie's Certification**

The undersigned confirm that Mr. La Brie and his counsel have conferred (1) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — for the litigation; and (2) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

/s/ William M. Palmer

_____
William M. Palmer, Esq.
BBO # 563978
50 Congress Street, Ste 500
Boston, Massachusetts 02109
Tel.: (617) 524-7490
Fax.: (617) 523-5194

ATTORNEY FOR DEFENDANT AND
CROSS-CLAIMANT DAVID LA BRIE

/s/ David La Brie

_____
David La Brie
DEFENDANT AND CROSS-CLAIMANT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of this document was served by first-class mail on this 24th day of August on David M. Rosen, Esq.; Harmon Law Offices, P.C.; 150 California Street; Newton, MA; 02458, and on John J. Curley, Esq.; McEvilly & Curley; 48 West Street; Leominster, MA; 01453.

/s/ William M. Palmer                                                                August 24, 2005
_____
WILLIAM M. PALMER                                                                DATED