IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIBANK, N.A. AS TRUSTEE,<br>    Plaintiff<br><br>v.<br><br>JOHN P. PHELAN, WENDY M. PHELAN,<br>DAVID LaBRIE, THE UNITED STATES OF<br>AMERICA, AND THE COMMONWEALTH<br>OF MASSACHUSETTS DEPARTMENT OF<br>REVENUE,<br>    Defendants | CIVIL NO. 05-40045-FDS |

DEFENDANT WENDY M. PHELAN'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned confirm that Wendy M. Phelan and her counsel have conferred (1) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and (2) to consider the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

_____
John J. Curley, III
McEVILLY & CURLEY
48 West Street
Leominster, MA 01453
(978)534-3556
BBO #: 109140

ATTORNEY FOR DEFENDANT
WENDY M. PHELAN

_____
Wendy M. Phelan

## CERTIFICATE OF SERVICE

    I, John J. Curley, III, hereby certify that on August 29, 2005, a true and accurate photocopy of this document was served by first-class mail on David M. Rosen, Harmon Law Offices, P.C., 150 California Street, Newton, MA 02458; Lydia Bottome Turanchik, Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 55, Ben Franklin Station, Washington D.C. 20044; and William M. Palmer, 50 Congress Street, Suite 500, Boston, MA 02109.

                                                  _____
                                                  John J. Curley, III