UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIBANK, N.A., AS TRUSTEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:05-CV-40045-FDS |
| | ) |
| JOHN P. PHELAN, WENDY M. PHELAN, | ) |
| THE UNITED STATES OF AMERICA, | ) |
| O'CALLIGHAN CONSTRUCTION | ) |
| COMPANY, AND THE | ) |
| COMMONWEALTH OF | ) |
| MASSACHUSETTS' DEPARTMENT OF | ) |
| REVENUE | ) |
| | ) |
| Defendants, and | ) |
| | ) |
| DAVID LA BRIE, | ) |
| | ) |
| Defendant and Cross-Claimant | ) |

### Defendant and Cross-Claimant David La Brie's Certification

The undersigned confirm that Mr. La Brie and his counsel have conferred (1) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — for the litigation; and (2) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

_William M. Palmer_
William M. Palmer, Esq.
BBO # 563978
50 Congress Street, Ste 500
Boston, Massachusetts 02109
Tel.: (617) 524-7490
Fax.: (617) 523-5194

ATTORNEY FOR DEFENDANT AND
CROSS-CLAIMANT DAVID LA BRIE

_David La Brie_  3-26-05
David La Brie
DEFENDANT AND CROSS-CLAIMANT

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this document was served by first-class mail on this 24th day of August on David M. Rosen, Esq.; Harmon Law Offices, P.C.; 150 California Street; Newton, MA; 02458, and on John J. Curley, Esq.; McEvilly & Curley; 48 West Street; Leominster, MA; 01453.

_William M. Palmer_                        8/24/05
WILLIAM M. PALMER                          DATED

2