UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Citibank, N.A.,
    Plaintiff(s),

V.

CIVIL ACTION

NO. 05-40045-FDS

Phelan, et al.,
    Defendant(s),

SETTLEMENT ORDER OF DISMISSAL

Saylor, D. J.

The Court having been advised on    September 9, 2005    that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

September 12, 2005
Date

/s/ Martin Castles
Deputy Clerk