IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40045 FDS

CITIBANK, N.A. AS TRUSTEE,

Plaintiff,

v.

JOHN P. PHELAN, WENDY M. PHELAN, DAVID LA BRIE, THE UNITED STATES OF AMERICA, O'CALLAGHAN CONSTRUCTION COMPANY AND THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE,

Defendants.

## JOINT MOTION FOR APPROVAL OF AGREEMENT FOR JUDGMENT

Now comes the Plaintiff and Defendants and move for approval of the Agreement for Judgment attached hereto. In support of this motion, the parties state that allowance of this motion will fully and finally resolve this litigation.

Wherefore, the parties request that this motion be allowed.

| CITIBANK, N.A., AS TRUSTEE, By its Attorneys, | DAVID LA BRIE By his Attorneys, |
|---|---|
| Raymond C. Pelote<br>BBO#: 655475<br>Harmon Law Offices, P.C.<br>150 California Street<br>Newton, MA 02458<br>Mailing address: P.O. Box 610389<br>Newton Highlands, MA 02461-0389<br>(617) 558-0500 | William M. Palmer, Esq.<br>BBO #563978<br>50 Congress Street; Suite 500<br>Boston, Mass. 02109<br>(617)523-5194 |

4

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40045 FDS

CITIBANK, N.A. AS TRUSTEE,

      Plaintiff,

v.

JOHN P. PHELAN, WENDY M. PHELAN, DAVID LA BRIE, THE UNITED STATES OF AMERICA, O'CALLAGHAN CONSTRUCTION COMPANY AND THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE,

      Defendants.

## JOINT MOTION FOR APPROVAL OF AGREEMENT FOR JUDGMENT

Now comes the Plaintiff and Defendants and move for approval of the Agreement for Judgment attached hereto. In support of this motion, the parties state that allowance of this motion will fully and finally resolve this litigation.

Wherefore, the parties request that this motion be allowed.

| CITIBANK, N.A., AS TRUSTEE,<br>By its Attorneys, | DAVID LA BRIE<br>By his Attorneys, |
|---|---|
| _____<br>Raymond C. Pelote<br>BBO#: 655475<br>Harmon Law Offices, P.C.<br>150 California Street<br>Newton, MA 02458<br>Mailing address: P.O. Box 610389<br>Newton Highlands, MA 02461-0389<br>(617) 558-0500 | _____<br>William M. Palmer, Esq.<br>BBO #563978<br>50 Congress Street; Suite 500<br>Boston, Mass. 02109<br>(617)523-5194 |

4

| WENDY M. PHELAN,<br>By her Attorney, | O'CALLAGHAN CONSTRUCTION COMPANY<br>By its Attorney, |
|---|---|
| _____<br>John J. Curley, III<br>BBO#<br>48 West Street, Suite 1<br>Leominster, MA 01453<br>(978) 534-3556 | _____<br>Edwin H. Howard<br>BBO#<br>Bonville & Howard<br>154 Prichard Street<br>Fitchburg, MA 01420<br>(978) 345-4144 |

THE UNITED STATES OF AMERICA,
By its attorney,

_____
Lydia Bottome Turanchik
Trial Attorney, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6560

Newton Highlands, MA 02461-0389
(617) 558-0500


**WENDY M. PHELAN,**
By her Attorney,


_____
John J. Carley, III
BBO#
48 West Street, Suite 1
Leominster, MA  01453
(978) 534-3556

**O'CALLAGHAN CONSTRUCTION COMPANY**
By its Attorney,


_____
Edwin H. Howard
BBO#
Bonville & Howard
154 Prichard Street
Fitchburg, MA 01420
(978) 345-4144


**THE UNITED STATES OF AMERICA,**
By its attorney,


_____
Lydia Bottome Turanchik
Trial Attorney, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C.  20044
(202) 307-6560

5

| | |
|---|---|
| **WENDY M. PHELAN,**<br>By her Attorney, | **O'CALLAGHAN CONSTRUCTION COMPANY**<br>By its Attorney, |
| _____<br>John J. Curley, III<br>BBO#<br>48 West Street, Suite 1<br>Leominster, MA  01453<br>(978) 534-3556 | _____<br>Edwin H. Howard<br>BBO#<br>Bonville & Howard<br>154 Prichard Street<br>Fitchburg, MA 01420<br>(978) 345-4144 |

**THE UNITED STATES OF AMERICA,**
By its attorney,

*/s/ Lydia Bottome Turanchik*
Lydia Bottome Turanchik
Trial Attorney, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C.  20044
(202) 307-6560

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40045 FDS

CITIBANK, N.A. AS TRUSTEE,

      Plaintiff,

v.

JOHN P. PHELAN, WENDY M. PHELAN, DAVID LA BRIE, THE UNITED STATES OF AMERICA, O'CALLAGHAN CONSTRUCTION COMPANY AND THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE,

      Defendants.

## AGREEMENT FOR JUDGMENT

1. Plaintiff is holding $20,389.50, in surplus funds from the foreclosure sale of the property located at 812 W Shore Drive in Winchendon, Massachusetts.

2. Defendant, John P. Phelan has been defaulted and judgment by default has entered against him preventing Mr. Phelan from making any claim to the surplus funds.

3. Defendant, Wendy M. Phelan has a valid and lawful claim to the surplus funds.

4. Defendant, The Commonwealth of Massachusetts Department of Revenue has filed a Disclaimer of Interest and has since been dismissed from the interpleader action.

5. Defendant, The United States of America has a valid and lawful claim to the surplus funds.

6. Defendant, David La Brie has a valid and lawful claim to the surplus funds.

7. Defendant, O'Callaghan Construction Company has a valid and lawful claim to the surplus funds.

Plaintiff and the Defendants have agreed to disburse the surplus funds according to the schedule set forth below.

Distribution of the surplus funds should be as follows:

| | |
|---|---|
| Total Surplus Funds: | $20,389.50 |
| a) The United States of America | $2,437.98 |
| b) David La Brie | $14,000.00 |
| c) Wendy Phelan | $700.00 |
| d) The Commonwealth of Massachusetts | $0.00 |
| e) O'Callaghan Construction Company | $1,225.00 |
| f) Harmon Law Offices, P.C. | $2,026.52 |
| Remaining Balance after Disbursements: | $0.00 |

| | |
|---|---|
| **CITIBANK, N.A., AS TRUSTEE,**<br>By its Attorneys,<br><br>_____<br>Raymond C. Pelote<br>BBO#: 655475<br>Harmon Law Offices, P.C.<br>150 California Street<br>Newton, MA 02458<br>Mailing address: P.O. Box 610389<br>Newton Highlands, MA 02461-0389<br>(617) 558-0500 | **DAVID LA BRIE**<br>By his Attorneys,<br><br>_____<br>William M. Palmer, Esq.<br>BBO# 563978:<br>50 Congress Street; Suite 500<br>Boston, Mass. 02109<br>(617)523-5194 |
| **WENDY M. PHELAN,**<br>By her Attorney,<br><br>_____<br>John J. Curley, III<br>BBO#<br>48 West Street, Suite 1<br>Leominster, MA 01453<br>(978) 534-3556 | **O'CALLAGHAN CONSTRUCTION COMPANY**<br>By its Attorney,<br><br>_____<br>Edwin H. Howard<br>BBO#<br>Bonville & Howard<br>154 Prichard Street<br>Fitchburg, MA 01420<br>(978) 345-4144 |

**THE UNITED STATES OF AMERICA,**
By its attorney,


_____
Lydia Bottome Turanchik
Trial Attorney, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6560

3

| | |
|---|---|
| **CITIBANK, N.A., AS TRUSTEE,**<br>By its Attorneys, | **DAVID LA BRIE**<br>By his Attorneys,<br>*/s/ William M. Palmer/* |
| _____<br>Raymond C. Pelote<br>BBO#: 655475<br>Harmon Law Offices, P.C.<br>150 California Street<br>Newton, MA 02458<br>Mailing address: P.O. Box 610389<br>Newton Highlands, MA 02461-0389<br>(617) 558-0500 | _____<br>William M. Palmer, Esq.<br>BBO# 563978:<br>50 Congress Street; Suite 500<br>Boston, Mass. 02109<br>(617)523-5194 |
| **WENDY M. PHELAN,**<br>By her Attorney, | **O'CALLAGHAN CONSTRUCTION COMPANY**<br>By its Attorney, |
| _____<br>John J. Curley, III<br>BBO#<br>48 West Street, Suite 1<br>Leominster, MA  01453<br>(978) 534-3556 | _____<br>Edwin H. Howard<br>BBO#<br>Bonville & Howard<br>154 Prichard Street<br>Fitchburg, MA 01420<br>(978) 345-4144 |

**THE UNITED STATES OF AMERICA,**
By its attorney,

_____
Lydia Bottome Turanchik
Trial Attorney, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C.  20044
(202) 307-6560

3

| | |
|---|---|
| **CITIBANK, N.A., AS TRUSTEE,**<br>By its Attorneys, | **DAVID LA BRIE**<br>By his Attorneys, |

Raymond C. Pelote  
BBO#: 655475  
Harmon Law Offices, P.C.  
150 California Street  
Newton, MA 02458  
Mailing address: P.O. Box 610389  
Newton Highlands, MA 02461-0389  
(617) 558-0500

William M. Palmer, Esq.  
BBO# 563978:  
50 Congress Street; Suite 500  
Boston, Mass. 02109  
(617)523-5194

**WENDY M. PHELAN,**  
By her Attorney,

**O'CALLAGHAN CONSTRUCTION COMPANY**  
By its Attorney,

John J. Curley, III  
BBO#  
48 West Street, Suite 1  
Leominster, MA 01453  
(978) 534-3556

Edwin H. Howard  
BBO#  
Bonville & Howard  
154 Prichard Street  
Fitchburg, MA 01420  
(978) 345-4144

**THE UNITED STATES OF AMERICA,**  
By its attorney,

*/s/ Lydia Bottome Turanchik*  
Lydia Bottome Turanchik  
Trial Attorney, Tax Division  
P.O. Box 55  
Ben Franklin Station  
Washington, D.C. 20044  
(202) 307-6560

3

Mailing address: P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

| | |
|---|---|
| **WENDY M. PHELAN,**<br>By her Attorney, | **O'CALLAGHAN CONSTRUCTION COMPANY**<br>By its Attorney, |

_____
John J. Curley, III
BBO#
48 West Street, Suite 1
Leominster, MA  01453
(978) 534-3556

_____
Edwin H. Howard
BBO#
Bonville & Howard
154 Prichard Street
Fitchburg, MA 01420
(978) 345-4144

**THE UNITED STATES OF AMERICA,**
By its attorney,

_____
Lydia Bottome Turanchik
Trial Attorney, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C.  20044
(202) 307-6560

3

## CERTIFICATE OF SERVICE

I, Raymond C. Pelote, Esquire, of HARMON LAW OFFICES, P.C., P.O. Box 610389, Newton Highlands, MA 02461-0389 certify:

That on the 16th day of September, 2005, a copy of the Joint Motion for Approval of Agreement for Judgment and the Agreement for Judgment were electronically served on the following parties:

Lydia Bottome Turanchik, Edwin H. Howard, Eileen Ryan McAuliffe, Peter M. Mirageas, Barbara Healy Smith, William M. Palmer

The parties not served electronically were served by regular mail on September 16, 2005, upon:

John P. Phelan
1 Catacunamaug Road
Shirley, MA 01464

John J. Curley, III, Esq.
Law Offices of McEvilly & Curley
48 West Street, Suite 1
Leominster, MA 01453-5694

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: September 16, 2005

/s/ Raymond C. Pelote
Raymond C. Pelote, Esquire
BBO #655475
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
617-558-0500